# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br><br>                  Plaintiff,<br><br>    v.<br><br><br>TULARE COUNTY DISTRICT ATTORNEY,<br><br>                  Defendant. | 1:23-cv-01709-NODJ-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Pastor Isabel Vela ("Plaintiff"), proceeding *pro se*, filed this civil action on December 12, 2023, along with an application to proceed *in forma pauperis* ("IFP").  (Docs. 1, 2.)  However, Plaintiff's IFP form application to proceed in forma pauperis is not complete.  Plaintiff's application does not indicate whether she has received income from any other sources in the past 12 months or the amount of that income, if any. (Doc. 2 at 1.)

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

2.      No extension of time will be granted without a showing of good cause; and

3.      The failure to comply with this order will result in dismissal of this action, without prejudice

IT IS SO ORDERED.

Dated:   **December 14, 2023**                    /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

2