UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br><br>   Plaintiff,<br><br>  v.<br><br>TULARE COUNTY DISTRICT ATTORNEY,<br><br>   Defendant. | No. 1:23-cv-01709-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 8 |

  Plaintiff Pastor Isabel Vela proceeds pro se and in forma pauperis in this civil action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On June 4, 2025, the assigned magistrate judge screened plaintiff's complaint, found it failed to state a cognizable claim, and granted her thirty (30) days to file a first amended complaint curing the deficiencies identified by the Court or file a notice of voluntary dismissal. Doc. 7. The Court's screening order was returned as "Undeliverable, Vacant" on June 23, 2025. *See* docket. Thereafter, on August 5, 2025, the magistrate judge issued findings and recommendations that recommended dismissal of this action without prejudice based on plaintiff's failure to prosecute. Doc. 8. Specifically, plaintiff failed to respond the Court's screening order and failed to keep the Court apprised of her current address as required under Local Rule 183(b). *Id.* at 2. The findings and recommendations were served on plaintiff and

1

contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 3. No objections have been filed and the time in which to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 5, 2025, Doc. 8, are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   October 23, 2025

_____
UNITED STATES DISTRICT JUDGE

2